UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Teresa Bingham, et al. v. Bayer Corporation, et al.*    No. 10-cv-13529-DRH

*Vanessa Ellington, et al. v. Bayer Corporation, et al.*    No. 10-cv-13481-DRH

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations filed to date, the above captioned case is **DISMISSED** with prejudice. Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
    **Deputy Clerk**

Digitally signed by
Judge David R.
Herndon
Date: 2016.08.05
15:34:01 -05'00'

APPROVED:
        DISTRICT JUDGE
        U. S. DISTRICT COURT